No. 9, Misc. MANTZOURANIS *v.* HEINZE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Petitioner *pro se. Stanley Mosk,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for respondent.

No. 28, Misc. SMITH *v.* NEBRASKA. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Clarence A. H. Meyer,* Attorney General of Nebraska, and *C. C. Sheldon,* Assistant Attorney General, for respondent.

No. 31, Misc. JACKSON *v.* WARDEN, MARYLAND PENITENTIARY. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. Thomas B. Finan,* Attorney General of Maryland, and *Robert F. Sweeney,* Assistant Attorney General, for respondent.

No. 271, Misc. CHIPMAN *v.* BURKE, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied.

No. 228, Misc. PARKER *v.* WATERMAN, U. S. CIRCUIT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Orrick* and *Irwin A. Seibel* for respondents.

No. 275, Misc. DRAPER ET AL. *v.* POWELL, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and for other relief denied.